IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GRAY FINANCIAL GROUP, INC., LAURENCE O. GRAY, and ROBERT C. HUBBARD, IV, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | CIVIL ACTION NO. 1:15-cv-0492-AT |
| Defendant. | : | |

## ORDER

This matter involves identical constitutional challenges raised against the Securities and Exchange Commission ("SEC") regarding the appointment of SEC Administrative Law Judges that has been addressed on a motion for preliminary injunction by the Hon. Leigh Martin May in a case captioned *Hill v. SEC*, 1:15-cv-1801-LMM.  The Court therefore deems the case related.  As a matter of judicial economy, this Court **ORDERS** that the instant civil action be **TRANSFERRED** to the Hon. Leigh Martin May.  The Clerk is further **DIRECTED** to assign the undersigned the next case assignment in the rotation for Judge May.

**IT IS SO ORDERED** this 10th day of June, 2015.


**Amy Totenberg**
**United States District Judge**