IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GRAY FINANCIAL GROUP, INC., *et al.*,

    Plaintiffs,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Defendant.

CIVIL ACTION NO.
1:15-CV-492-LMM

## SCHEDULING ORDER

On June 15, 2015, Plaintiffs filed a Motion for Preliminary Injunction [41]. The Court **ORDERS** the parties to attend a hearing in this matter on July 13, 2015, at 10:00 a.m. in Courtroom 2107, 75 Spring St. SW, Atlanta, GA 30303 before the undersigned. The Court **ORDERS** Defendant to file a Response brief by July 2, 2015, and Plaintiffs to file a Reply brief by July 9, 2015.

**IT IS SO ORDERED** this 16th day of June, 2015.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**