IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GRAY FINANCIAL GROUP, INC., *et al.*,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Defendant*. | No. 15-cv-492-LMM |

## ORDER

Upon consideration of Defendant's Motion to Stay Proceedings Pending Appeal and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that, with the exception of Defendant's pending Motion to Stay Preliminary Injunction Pending Appeal, ECF No. 61, the proceedings in this case are STAYED pending appeal.

SO ORDERED.

Dated: August 20, 2015

*/s/ Leigh Martin May*
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE